# TABLE OF EXHIBITS

Ex. A-1      Your Baby Can Read! Infomercial DVD (YBCFTC00218697)
             (video provided on attached media disc)...........................................1 page

Ex. A-2      Your Baby Can Read! Infomercial Transcript...................................51 pages

Ex. B        Radio Advertisement (YBCFTC00000733)
             (audio file provided on attached media disc)......................................1 page

Ex. C        Radio Advertisement (YBCFTC00000734)
             (audio file provided on attached media disc)......................................1 page

Ex. D        Print Advertisement (YBCFTC00000693).......................................1 page

Ex. E        Product Packaging (YBCFTC00000776).........................................2 pages

Ex. F        Product Packaging (YBCFTC00000779).........................................5 pages

Ex. G        Product Packaging (YBCFTC00000808).........................................5 pages

Ex. H        Website Excerpts...................................................................4 pages

Ex. I        YBC YouTube Video (YBCFTC00000964)
             (video provided on attached media disc)...........................................1 page

Ex. J        YBC YouTube Video (YBCFTC00000965)
             (video provided on attached media disc)...........................................1 page



**[Video provided on attached media disc]**

```
1                 OFFICIAL TRANSCRIPT PROCEEDING

2                   FEDERAL TRADE COMMISSION

3

4       MATTER NO.   1123045

5       TITLE          YOUR BABY CAN READ!

6       DATE           RECORDED:  DATE UNKNOWN
                        TRANSCRIBED:  DECEMBER 13, 2011
7

        PAGES          1 THROUGH 50

8

9

10

                  YOUR BABY CAN READ! INFOMERCIAL

11

12

13

14

15

16

17

18

19

20

21

22

23

24                 For The Record, Inc.

25        (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

**Exhibit A-2**
**Page 1 of 51**

2

```
1                    FEDERAL TRADE COMMISSION

2                        I N D E X

3

4      RECORDING:                        PAGE:

5      Your Baby Can Read! Infomercial      3

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Exhibit A-2**
**Page 2 of 51**

3

```
1                    FEDERAL TRADE COMMISSION

2

3        In the Matter of:            )

4        Your Baby Can Read!          )   Matter No. 1123045

5                                      )

6        -----------------------------)

7                                  Date Unknown

8

9

10

11            The following transcript was produced from a

12        digital recording provided to For The Record, Inc. on

13        November 30, 2011.

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3              YOUR BABY CAN READ! INFOMERCIAL

 4         ON SCREEN:  Your Baby Can Read!

 5         BABY'S VOICE:  Your baby can read.

 6         ON SCREEN:  The following is a paid

 7    presentation for Your Baby Can Read

 8         MALE ANNOUNCER:  The following is a paid

 9    presentation for Your Baby Can Read.

10          ON SCREEN:  Chad Murdock

11         TV PRODUCER/FATHER

12         CHAD MURDOCK:  Hi, I'm Chad Murdock.  As a

13    producer, I have seen thousands of products during my

14    career.  Two years ago, I was compelled to bring one of

15    those products to you.  I would have given anything to

16    have had Your Baby Can Read when my son, Michael, was

17    just a curious little boy or before my daughter,

18    Savannah, learned to walk.  I am back again to share more

19    incredible stories from around the world.

20         Your response to Your Baby Can Read has been

21    overwhelming, with over one million families helping

22    babies learn to read.  See how far some have grown and

23    you, too, will want to get Your Baby Can Read.  What you

24    are about to see will amaze you.

25         ON SCREEN:  Mia at 12 months    HOME VIDEO
```

5

```
 1              UNIDENTIFIED FEMALE:  Which one says keys?

 2              MIA:  Yeah.

 3              ON SCREEN:  Lauren at 10 months  HOME VIDEO

 4              UNIDENTIFIED FEMALE:  Wave.  (Baby waving).

 5              ON SCREEN:  Archer at 18 months  HOME VIDEO

 6              UNIDENTIFIED FEMALE:  What's that word?

 7              ARCHER:  Ball.

 8              ON SCREEN:  Anya Alexis at age 5   HOME VIDEO

 9              ANYA ALEXIS:  And I am sure she was able to

10      give a full --

11              ON SCREEN:  Lydia at 15 months   HOME VIDEO

12              UNIDENTIFIED FEMALE:  What does this say?

13              LYDIA:  Baby.

14              ON SCREEN:  Jaden at 18 months  HOME VIDEO

15              UNIDENTIFIED FEMALE:  Ooh, what about this

16      word?

17              JADEN:  Swing.

18              UNIDENTIFIED FEMALE:  Oh, good job.

19              ON SCREEN:  Atia at 22 months   HOME VIDEO

20              UNIDENTIFIED FEMALE:  These words say?

21              ATIA:  Touch your ears.

22              ON SCREEN:  Autumn at age 5  HOME VIDEO

23              AUTUMN:  Fresh raspberry cupcakes with vanilla

24      creme.

25              ON SCREEN:  Aiden at 18 months   HOME VIDEO
```

```
 1              AIDEN:  Giraffe.

 2              UNIDENTIFIED MALE:  Giraffe.

 3              ON SCREEN:  Rex at 14 months  HOME VIDEO

 4              UNIDENTIFIED FEMALE:  What does it say, Rex?

 5              REX:  Hi.

 6              UNIDENTIFIED FEMALE:  Hi, good job.

 7              ON SCREEN:  Charley at 18 months

 8              UNIDENTIFIED FEMALE:  Do you know this one?

 9              CHARLEY:  Oh, turtle.

10              UNIDENTIFIED FEMALE:  Turtle.

11              UNIDENTIFIED MALE:  Turtle.

12              ON SCREEN:  Skyler at age 5  HOME VIDEO

13              SKYLER:  Snakes stop their enemies from coming

14    too close.

15              ON SCREEN:  Lydia at 19 months  HOME VIDEO

16              UNIDENTIFIED FEMALE:  What is this one?

17              LYDIA:  Zip.

18              UNIDENTIFIED FEMALE:  zip.

19              ON SCREEN:  Dane at age 2 ½  HOME VIDEO

20              UNIDENTIFIED MALE:  Fingers.  Gorilla.  Good

21    job, man.

22              ON SCREEN:  Gianna at 15 months   HOME VIDEO

23              CHAD MURDOCK:  These children have seized this

24              ON SCREEN:  Adam at 26 months   HOME VIDEO

25              CHAD MURDOCK:  -- small window of early
```

1   learning --

2        ON SCREEN:  Cooper at 18 months  HOME VIDEO

3        CHAD MURDOCK:  -- and they love to learn.

4   Today, you're going to hear their amazing stories and

5   meet Dr. Robert Titzer who created the revolutionary

6   early learning system for his own daughter called Your

7   Baby Can Read.

8        ON SCREEN:  Robert Titzer, Ph.D.

9        Creator of Your Baby Can Read

10       CHAD MURDOCK:  I sat down with Dr. Titzer to

11  discuss a recent scientific study of two groups --

12       ON SCREEN:  Results based on mean scores of two

13  study groups.

14       Study sponsored by Your Baby Can Read on ages

15  10 to 23 months.

16       CHAD MURDOCK:  -- of babies, a Your Baby Can

17  Read group and a control group.

18       ON SCREEN:  Test scores chart

19       DR. ROBERT TITZER:  In all of these tests, the

20  control group babies were at average or below average,

21  whereas the Your Baby Can Read group babies had overall

22  higher language scores.  They had cognitive functioning

23  scores higher than the control group babies.  The Your

24  Baby Can Read group babies did better than the control

25  group babies in every area.

8

1          MALE ANNOUNCER:  Stay tuned to see how you can

2    give your child the learning they crave before that

3    window closes.

4          ON SCREEN:  Chad Murdock

5          TV PRODUCER/FATHER

6          CHAD MURDOCK:  Let's get to these amazing

7    stories.  The first of two families that I interviewed

8    shows that it can work for two children of different ages

9    in the same house.

10          ON SCREEN:  Manning

11          Yma & Archer's Dad

12          MANNING:  Very skeptical at first because you

13    don't know if your child will respond in the same way as

14    what you're seeing on the television.

15          ON SCREEN:  Mona   24 MONTHS   HOME VIDEO

16          Your Baby Can Read!

17          2008 Infomercial

18          MANNING:  You may think, oh, here are these

19    people trying to --

20          ON SCREEN:  Sophie   2 YEARS   HOME VIDEO

21          Your Baby Can Read!

22          2008 Infomercial

23          MANNING:  -- sell you some DVDs and they're

24    showing you kids who are able --

25          ON SCREEN:  Aleka   9 MONTHS   HOME VIDEO

**Exhibit A-2**
**Page 8 of 51**

1          Your Baby Can Read!

2          2008 Infomercial

3          MANNING:  -- to learn how to read at a real

4    young age.

5          ON SCREEN:  Amy

6          Yma & Archer's Mom

7          AMY:  One and a half or two years old I ordered

8    it and it only took her a few months.

9          ON SCREEN:  Yma at age 3    HOME VIDEO

10         AMY:  I called Manning at work and I told him,

11   I said, oh, my gosh, she's reading.  I have a film of her

12   on vacation, she worked up to a Beware of Mountain Lion

13   sign and it's three paragraphs and she just read it to

14   us.

15         ON SCREEN:  Make plenty of noise while you hike

16   so as to reduce the chances of surprising a lion.  I read

17   it to you, too.

18         YMA:  Make plenty of noise while you hike so as

19   to reduce the chances of surprising a lion.  I read it to

20   you, too.

21         ON SCREEN:  Yma at age 3    HOME VIDEO

22         AMY:  I'm doing dishes and I look over and

23   she's gone to her room and she's in there reading.

24         MANNING:  I didn't really know whether it was

25   the program or whether it was just that Yma was really

1    gifted and talented.

2            ON SCREEN:  Archer at 18 months    HOME VIDEO

3            MANNING:  But here Archer is being able to read

4    at one and a half.

5            UNIDENTIFIED FEMALE:  What's that one?

6            ARCHER:  Up.

7            UNIDENTIFIED FEMALE:  And then what's that one?

8            ARCHER:  Down.

9            UNIDENTIFIED FEMALE:  Down.

10           MANNING:  If you get one that he likes, he'll

11   start flailing and running around the room with

12   excitement over it.

13           UNIDENTIFIED FEMALE:  What is it?

14           ARCHER:  Hair.

15           UNIDENTIFIED FEMALE:  Hair.

16           ON SCREEN:  Yma at age 3    HOME VIDEO

17           MANNING:  These are the times where every penny

18   you spend on your child is going to come back to you ten-

19   fold.

20           ON SCREEN:  Dane at age 2 ½

21           DANE:  Hi.

22           ON SCREEN:  Kaci & Jamone

23           Dane's Parents

24           KACI:  I really wanted education to be a

25   central part of what we were able to offer Dane.

1                 JAMONE:  She had a strong, you know, upbringing

2        in education and I didn't.  When I was younger, I don't

3        remember having to come home and do homework because my

4        mother worked later and she didn't get home until 11:00

5        at night.  I knew that I wanted my son to have a better

6        opportunity than I did.

7                 ON SCREEN:  Your Baby Can Read!   HOME VIDEO

8                 Since 13 months

9                 KACI:  Dane was 13 months when we started him

10       on Your Baby Can Read and we actually saw kids that were

11       much younger than that.

12                JAMONE:  I'm always a skeptic.  I'm like, you

13       know, these kids could be geniuses or something, I don't

14       know.  But I'll buy it anyway just in case.  I was

15       getting ready and all of a sudden he says one of the

16       words and he points at it and says, baby.  And I'm like,

17       oh, oh, like he's recognizing the words.

18                ON SCREEN:  Dane at age 2 ½   HOME VIDEO

19                JAMONE:  What's this one?

20                DANE:  Stars.

21                JAMONE:  Stars, good job.  What's this one?

22                DANE:  Kicking.

23                JAMONE:  Kicking, good job.  What's this one?

24                DANE:  Walk.

25                JAMONE:  Walk.

1          KACI:  People were commenting about how amazing

2     it was, all of these really wonderful reinforcing

3     comments.

4          JAMONE:  One of my buddies came over and I'm

5     just like putting the words in front of Dane and Dane is

6     like shoulders, you know.  And my buddy was like, did he

7     just read that?  And I'm like, yeah.  And he's like,

8     what?  He's like, wait a minute, how old is he?  So, he's

9     like -- he thinks Dane is a genius right now.  And I'm

10    like, he's not a genius.  I said, this baby can read.

11         UNIDENTIFIED FEMALE:  Fingers.

12         KACI:  You know, even if your child is already

13    two or already three or whatever the case may be,

14    anything that you can do to give your child a running

15    head start is a step in the right direction.

16         JAMONE:  What's this one?

17         DANE:  Eyes.

18         JAMONE:  Good job.

19         CHAD MURDOCK:  Every parent talks about how

20    easy it is if you just stay consistent.  We couldn't get

21    to every place in the world that Your Baby Can Read is

22    having success, so they sent in their stories.

23         ON SCREEN:  Map of the world

24         Scotland, UK

25         ON SCREEN:  Sharon & Jeff    HOME VIDEO

1            SHARON:  We first came across Your Baby Can

2    Read at a Scottish baby show.  At the time, my daughter

3    Charley was about nine, ten months old.  We're at home

4    that day with the full Your Baby Can Read package and

5    really started enjoying it, and after a couple of weeks,

6    she was -- that was all she wanted to do, and it just

7    made me feel just wonderful.

8            UNIDENTIFIED FEMALE:  Do you know this one?

9            CHARLEY:  Turtle.

10           UNIDENTIFIED FEMALE:  Turtle.

11           UNIDENTIFIED MALE:  Turtle.

12           SHARON:  We haven't had the problems with two-

13   years-olds, so we don't have temper tantrums, we don't

14   have the terrible twos.  We never had anything.  It's way

15   more than just teaching your child how to read.

16           ON SCREEN:  Charley at 24 months      HOME VIDEO

17           CHARLEY:  He's searching.  He's peeking.

18           SHARON:  It's the best gift you can ever have.

19   All right, say bye-bye to the camera.

20           CHARLEY:  Bye-bye.

21           ON SCREEN:  Map of the world

22           Chicago

23           ON SCREEN:  Steve & Laura

24           Atia's Parents

25           LAURA:  I told all of my friends and family how

1    much I actually wanted this program.

2              ON SCREEN:  Atia at 22 months   HOME VIDEO

3              LAURA:  Within the first two weeks, she knew

4    all the words.

5              UNIDENTIFIED FEMALE:  This word says?

6              ATIA:  Elephant.

7              UNIDENTIFIED FEMALE:  Good.  These words say?

8              ATIA:  Touch your ears.

9              LAURA:  We couldn't believe it.  We really

10   couldn't believe that what we had seen on TV was actually

11   working at our house.

12             ON SCREEN;  Atia at 28 months   HOME VIDEO

13             BABY:  Eyes.  Los ojos means eyes.

14             UNIDENTIFIED FEMALE:  Los ojos means eyes,

15   that's right.

16             LAURA:  She's now taking the cards and showing

17   them to her little brother and emulating how Steve and I

18   used to do it.

19             STEVE:  The Your Baby Can Read system, it's an

20   amazing product that we swear by and we continue to use

21   it and we will use it for all of our children.

22             ATIA:  Try and say spider.  He said spider.

23             CHAD MURDOCK:  You might be saying as a parent,

24   I am not an expert.  You don't have to be.  Your Baby Can

25   Read was designed by an expert who is also a father.  He

15

1       will be the expert; you will be the teacher.

2                  ON SCREEN:  Robert Titzer, Ph.D.

3                  Creator of Your Baby Can Read

4                  DR. ROBERT TITZER:  I was actually learning a

5       lot about how babies learn and, at the same time, I was

6       dropping my own baby off at the babysitter's house.  So,

7       I felt really guilty dropping her off because I knew that

8       her brain was developing very rapidly.

9                  ON SCREEN:  Footage from Dr. Titzer's original

10      video.   HOME VIDEO

11                 DR. ROBERT TITZER:  So, I made a video and on

12      the video, I put words and then acted out the words.

13      Snow, this is snow.

14                 So, I asked the babysitter, please put this

15      video in any time you're not actively engaged, playing

16      with Aleka.  After about six months, she started

17      recognizing all the words in the video.

18                 ON SCREEN:  Aleka at 9 months    HOME VIDEO

19                 DR. ROBERT TITZER:  This is not a short-term

20      effect.  This is a long-term effect that can change

21      everything about the child, what the child's interested

22      in, how the child does in school, the child's self

23      esteem.  This can put your child on a different path in

24      life.  This is what has happened with our family and

25      many, many thousands of other families.

1           CHAD MURDOCK:  There are so many examples of

2    how Your Baby Can Read has helped children later in their

3    education.

4           ON SCREEN:  Anya Alexis   12 Months Old

5           Your Baby Can Read!

6           2008 Infomercial

7           Since 3 months

8           CHAD MURDOCK:  Who can forget Anya Alexis?  I

9    got to sit down with her mother, Brandy, in Oklahoma, who

10   knew Your Baby Can Read could work when she first heard

11   Dr. Titzer speak.

12          ON SCREEN:  Anya Alexis at age 2   HOME VIDEO

13          Charlotte's Web

14          "...and she took hold of the axe and tried to

15   pull it out of her father's hand."

16          ANYA ALEXIS:  And she took a hold of the axe

17   and tried to pull it out of her father's hand.  That's

18   not nice.

19          ON SCREEN:  Brandy

20          Anya Alexis' Mom

21          BRANDY:  I look back when she was smaller and I

22   was always so proud.

23          ON SCREEN:  Anya Alexis at age 3   HOME VIDEO

24          ANYA ALEXIS:  Oh, no, kind spirit.  Then he

25   will be spared.

1        ON SCREEN:  Anya Alexis at age 2    HOME VIDEO

2        BRANDY:  Anya Alexis is drawn toward berries

3   and anything that's make-believe.

4        ON SCREEN:  Anya Alexis at age 5    HOME VIDEO

5        BRANDY:  When Anya Alexis was three years old,

6   she read her first Harry Potter book and she fell in love

7   with it.

8        ANYA ALEXIS:  ...able to imagine two people

9   less likely to fall in love.  I think you are forgetting,

10   said...

11        BRANDY:  I have yet to see a baby that has not

12   enjoyed the Your Baby Can Read series.  It makes it very

13   easy for the parent.  It's easy and enjoyable for the

14   child and the process works.

15        ON SCREEN:  JuniorVersity

16        Your Baby Can Read!

17        Since 2005

18        CHAD MURDOCK:  Gwendolyn Cruise, Director of

19   JuniorVersity has been using Your Baby Can Read since

20   2005, with amazing results.

21        GWENDOLYN:  How many of you guys are going to

22   go to Ivy League schools?

23        ON SCREEN:  Gwendolyn

24        Director of JuniorVersity

25        GWENDOLYN:  I do not get behind anything that I

1    do not believe in.  If I don't believe in it, I'm not

2    going to try to push it, sell it.  Our first graders here

3    are now reading at a third grade level.  A lot of people

4    are not fortunate to have all of the extra monies and

5    things that they need to make sure that their child can

6    read, can count.  Then what?  By this time, they're

7    giving up.  And then here's the gang members and all the

8    other negative people that are coming in and taking over

9    that child's mind.

10           If I could take this program into the projects,

11    I could make a difference.  Your Baby Can Read would be

12    the answer for a parent that's waiting for a way out.

13    They didn't have it, but this could be an answer for the

14    kids.  Get the Baby Can Read program, it works.

15           CHAD MURDOCK:  It is hard to cut one minute of

16    these special stories, so here are just a few.

17           UNIDENTIFIED FEMALE:  My baby is two years old

18    and he is reading.

19           UNIDENTIFIED MALE:  He can read, he can

20    understand, he's using the correlations perfectly.

21           UNIDENTIFIED FEMALE:  I was like, oh, my gosh,

22    he can read.

23           UNIDENTIFIED MALE:  Your Baby Can Read has done

24    miracles for our son.

25           UNIDENTIFIED FEMALE:  The time that you would

1    spend with your children, that's bonding time.  Take

2    advantage of that opportunity.

3              UNIDENTIFIED MALE:  Your Baby Can Read is an

4    investment you should make.

5              UNIDENTIFIED FEMALE:  You can't go wrong with

6    this program.

7              UNIDENTIFIED FEMALE:  You have to see it.

8              UNIDENTIFIED MALE:  Every day, you see a change

9    in your kid.  Try it out.  It will work.

10             CHAD MURDOCK:  Every baby has a right to learn,

11   to read, to speak, to walk or whatever they choose to

12   learn.

13             ON SCREEN:  This is a paid presentation for

14   Your Baby Can Read.

15             CHAD MURDOCK:  But they can't choose if they

16   don't have a chance and we can give them the chance.

17             ON SCREEN:  World map

18             Over 1 Million

19             FEMALE ANNOUNCER:  Around the world, Your Baby

20   Can Read has reached over one million, touching lives by

21   helping babies learn to read and seeing is believing.

22             ON SCREEN:  Lauren at 11 months  HOME VIDEO

23             LAUREN:  Elbow.

24             ON SCREEN:  Cooper at 18 months  HOME VIDEO

25             UNIDENTIFIED FEMALE:  Good.

1            ON SCREEN:  Atia at 22 months   HOME VIDEO

2            ATIA:  Touch your ears.

3            ON SCREEN:  Lydia at 15 months  HOME VIDEO

4            LYDIA:  Baby.

5            FEMALE ANNOUNCER:  When a baby is born, its

6    brain craves stimulation and its development accelerates

7    at an incredible pace.

8            ON SCREEN:  Human Brain Development

9            Synapse Formation Dependent on Early

10   Experiences

11           Graph

12           FEMALE ANNOUNCER:  Studies have shown that

13   synaptic connections related to language acquisition

14   start before birth and peak around 11 months of age --

15           ON SCREEN:  Phenomenal brain development during

16   a child's first 5 years

17           Simulation

18           25%       75%          90%

19           Birth     2 Years       5 Years

20           FEMALE ANNOUNCER:  -- with nearly 90 percent of

21   this incredible window of growth complete in their first

22   five years.  Every parent can seize this small window of

23   opportunity and truly give their child an early start on

24   all learning.

25           ON SCREEN:  Awards for Your Baby Can Read!

```
 1              FEMALE ANNOUNCER:  Your Baby Can Read is a
 2    multiple award winner, a proven learning system which can
 3    give your child --
 4              ON SCREEN:  Racquel at 18 months   HOME VIDEO
 5              FEMALE ANNOUNCER:  -- increased communication,
 6    enhanced learning and overall confidence.
 7              ON SCREEN:  Adam at 26 months  HOME VIDEO
 8              ON SCREEN:  Aiden at 18 months  HOME VIDEO
 9              FEMALE ANNOUNCER:  The infant and toddler years
10    are the best and easiest time to learn --
11              ON SCREEN:  Synapses in Infants and Toddlers
12              Tens of thousands of brain connections are
13    created every second!
14              FEMALE ANNOUNCER:  -- when the brain is
15    creating thousands of synapses or connections every
16    second.  This allows a child to learn both the written
17    word and spoken word.
18              TV:  Elephant.
19              ON SCREEN:  Simulation of child learning words
20              Clap
21              Visual Cortex
22              Auditory Cortex
23              Somatosensory Cortex
24              Motor Cortex
25              Speech
```

1            FEMALE ANNOUNCER:  At the same time.  This is

2    how easy it works.  Your child will see the word and, at

3    the same time, hear the word.

4            TV:  Clap.

5            FEMALE ANNOUNCER:  Then your child will see and

6    hear the meaning of the word through pictures or actions.

7    Your Baby Can Read is an easy-to-use system that works by

8    using a color code that starts with blue.

9            ON SCREEN:  DVD   Book  Sliding Cards

10            FEMALE ANNOUNCER:  One video, one book and one

11    set of sliding cards until your child is ready to move on

12    to the next color.

13            Stimulate your child's brain naturally and

14    easily with fun, interactive text, pictures --

15            ON SCREEN:  Adam at 26 months  HOME VIDEO

16            FEMALE ANNOUNCER:  -- songs and games.

17            ON SCREEN:  Kyan at 17 months  HOME VIDEO

18            FEMALE ANNOUNCER:  Your Baby Can Read can --

19            ON SCREEN:  Dane at 2 2/1 years  HOME VIDEO

20            FEMALE ANNOUNCER:  -- become the foundation --

21            ON SCREEN:  Mena at age 3  HOME VIDEO

22            FEMALE ANNOUNCER:  -- for all learning for --

23            ON SCREEN:  Jaden at 20 months  HOME VIDEO

24            FEMALE ANNOUNCER:  -- the rest of their

25    lives --

1           ON SCREEN:  Results based on mean scores of two

2     study groups.

3           Study sponsored by Your Baby Can Read on ages

4     10 to 23 months.

5           FEMALE ANNOUNCER:  -- and science proves it.

6           ON SCREEN:  Overall Language Results chart

7           Auditory Communication Results

8           Expressive Communication Results

9           Overall Cognitive Results

10          FEMALE ANNOUNCER:  In a scientific study with

11    two groups of 10 to 23-month-old babies, the Your Baby

12    Can Read group scored higher than the control group in

13    all areas of the tests, overall language, understanding

14    what they hear, expression using language and overall

15    cognitive ability.  This is proven.

16          Seize this small window of opportunity while

17    they're young.

18          ON SCREEN:  Lauren at 15 months   HOME VIDEO

19          FEMALE ANNOUNCER:  This is the only chance

20    you'll ever have to be their first teacher.

21          ON SCREEN:  30 DAY RISK FREE TRIAL

22          $14.95

23          PLUS S&H

24          Early Language Learning System

25          CALL OR LOG ON RIGHT NOW

1    FEMALE ANNOUNCER:  Call or go online right now

2  for a 30-day risk-free trial.  Try the complete Your Baby

3  Can Read Early Language Development System risk-free for

4  only $14.95.  And it's fully refundable.  You pay nothing

5  now except the trial amount.  That's right, get it all.

6    ON SCREEN:  30 DAY RISK FREE TRIAL

7    $14.95

8    PLUS S&H

9    Get Everything You Need To Help Your Child

10    Succeed

11    Early Language Learning System

12    FEMALE ANNOUNCER:  And for the first time, you

13  get everything you need for your child to succeed.

14    ON SCREEN:  30 DAY RISK FREE TRIAL

15    $14.95

16    PLUS S&H

17    Start Off With The Parent Pack:

18    Parents' Guide + Early Learning Workshop

19    FEMALE ANNOUNCER:  To begin your program, you

20  get the baby's first teacher package that includes the

21  Your Baby Can Read Success Guide with easy, step-by-step

22  instructions, Dr. Titzer's DVD where he shares with you

23  the secrets of how this easy program has helped hundreds

24  of thousands around the world.

25    ON SCREEN:  30 DAY RISK FREE TRIAL

1          $14.95

2          PLUS S&H

3          Start Off With The Parent Pack:

4          166 Teaching Words & 15 Games

5          FEMALE ANNOUNCER:  We also include 166

6     interactive words with 15 fun games to share and enjoy

7     with your child.

8          ON SCREEN:  30 DAY RISK FREE TRIAL

9          $14.95

10          PLUS S&H

11          Be Your Baby's First Teacher

12          Karli

13          KARLI:  You are your child's first teacher.

14     You are the one that loves your child unconditionally and

15     wants them to succeed.

16          ON SCREEN:  30 DAY RISK FREE TRIAL

17          $14.95

18          PLUS S&H

19          5 LEVELS OF LEARNING:

20          FEMALE ANNOUNCER:  You'll receive this

21     incredible five levels of learning set.  This proven read

22     and play program captures your child's attention using

23     interactive books, DVDs and sliding cards.

24          ON SCREEN:  30 DAY RISK FREE TRIAL

25          $14.95

1               PLUS S&H

2               The Complete Five Level Learning System

3               FEMALE ANNOUNCER:  And before you know it, your

4       baby can read.

5               ON SCREEN:  30 DAY RISK FREE TRIAL

6               $14.95

7               PLUS S&H

8               30 Day Money Back Guarantee

9               FEMALE ANNOUNCER:  That's right.  If you do not

10      see success in 30 days, just send it back for a complete

11      refund, no questions asked.

12              ON SCREEN:  30 DAY RISK FREE TRIAL

13              $14.95

14              PLUS S&H

15              SPECIAL BONUS!!

16              FREE Gift With Purchase

17              Your Child Can Read!

18              FEMALE ANNOUNCER:  As a free gift with your

19      purchase today, you'll also get a special bonus.  It's

20      our incredible companion DVD series, Your Child Can Read,

21      that will help unlock the next level of your child's

22      reading potential.

23              ON SCREEN:  30 DAY RISK FREE TRIAL

24              $14.95

25              PLUS S&H

```
 1              EXCLUSIVE OFFER!

 2              Not Available In Any Store

 3              FEMALE ANNOUNCER:  This exclusive offer is not

 4     available in any store.  The DVDs from Your Child Can

 5     Read give you hundreds and hundreds of new words as it

 6     teaches phonics, comprehension and reading speed --

 7              ON SCREEN:  30 DAY RISK FREE TRIAL

 8              $14.95

 9              PLUS S&H

10              EXCLUSIVE OFFER!!

11              FREE Gift With Purchase

12              FEMALE ANNOUNCER:  -- and it's yours to keep

13     absolutely free with your purchase.

14              But that's not all.  With this exclusive

15     television offer, call or go online right now and your

16     shipping and handling is free.

17              ON SCREEN:  30 DAY RISK FREE TRIAL

18              $14.95

19              PLUS S&H

20              FREE Shipping & Handling

21              Call Now Risk Free Trial

22              FEMALE ANNOUNCER:  Order this 30-day risk-free

23     trial.

24              ON SCREEN:  30 DAY RISK FREE TRIAL

25              $14.95
```

**Exhibit A-2**
**Page 27 of 51**

1          PLUS S&H

2          FREE Shipping & Handling

3          SATISFACTION GUARANTEED

4          FEMALE ANNOUNCER:  Your satisfaction is 100

5    percent guaranteed.  You can give your child the ultimate

6    gift, a real head start in life.  Order Your Baby Can

7    Read now.

8          ON SCREEN:  Chad Murdock

9          TV PRODUCER/FATHER

10         CHAD MURDOCK:  You know, in the first show, we

11   had a chance to be introduced to an amazing family, with

12   two boys who both learned to read early with Your Baby

13   Can Read.

14         ON SCREEN:  Brian & Lindsay

15         Graham & Ridley's Parents

16         LINDSAY:  Graham started at, I would say,

17   around the six-month mark and we didn't see any sign.

18         ON SCREEN:  Graham at 14 months   HOME VIDEO

19         LINDSAY:  But as soon as he could talk, he was

20   reading everything off the screen.

21         GRAHAM:  Teeth.

22         UNIDENTIFIED FEMALE:  Good job.

23         GRAHAM:  Keys.

24         UNIDENTIFIED FEMALE:  Keys.  What's that?

25         GRAHAM:  Monkey.

1          UNIDENTIFIED FEMALE:  Monkey.

2          LINDSEY:  I don't know if I worried whether he

3     would be well-rounded.  Before I even had a chance to be

4     worried, he was outside shooting hoops.

5          ON SCREEN:  Graham at age 8

6          GRAHAM:  You know, reading's fun and it leads

7     you to lots of other things, too.  I've always loved to

8     play sports, you know, art I love, piano.

9          LINDSEY:  Having Ridley do the exact same thing

10    two years later was the give-away right there.

11         ON SCREEN:  Ridley at 18 months   HOME VIDEO

12         LINDSAY:  It was all as a result of this

13    program.

14         RIDLEY:  Tiger.

15         LINDSEY:  What does a tiger say?

16         RIDLEY:  Delicious.

17         LINDSEY:  We've had parents come up to us and

18    say, I want you to know, Graham or Ridley inspired my

19    child to read.

20         GRAHAM:  That just makes me feel really great.

21         ON SCREEN:  Graham at age 5   HOME VIDEO

22         GRAHAM:  And also new people that I meet,

23    they're like how did you learn how to read that quickly,

24    and I said, Your Baby Can Read.

25              The Civil War would last for years and take the

```
1    lives of more than 600,000 Americans.

2            UNIDENTIFIED FEMALE:  No way.

3            GRAHAM:  Way.

4            BRIAN:  Your Baby Can Read really opens up an

5    unlimited possibility for your child.

6            LINDSEY:  We think about our children and their

7    future and we want their future to be bright and to give

8    them every opportunity, and with Your Baby Can Read, you

9    really are giving your kids so much more than you ever

10   dreamed.  I have to thank Your Baby Can Read for the gift

11   that they have given our family.

12           ON SCREEN:  Cheryl

13           Lydia's Mom

14           CHERYL:  When I was pregnant with Lydia, we

15   didn't think about reading.  We thought we wanted her to

16   be interested in books and look at pictures all along the

17   way, and we planned on reading to her, but we never

18   thought that she would be reading to us.

19           ON SCREEN:  Lydia at 19 months   HOME VIDEO

20           LYDIA:  No.

21           UNIDENTIFIED FEMALE:  No.  And this word?

22           LYDIA:  Eyes.

23           UNIDENTIFIED FEMALE:  Eyes.  That's good.  What

24   is this word?

25           LYDIA:  Zip.
```

1           UNIDENTIFIED FEMALE:  Zip.

2           CHERYL:  She loves to learn and it's not like

3   there's anything particular about Lydia.  I think all

4   babies love to learn.  It's just nurturing that love of

5   learning, instead of waiting until they're five and six

6   years old and then it's a chore for them.

7           LYDIA:  Bubble.

8           UNIDENTIFIED FEMALE:  Bubble.  Very good.  And

9   this one?

10          LYDIA:  Ball.

11          UNIDENTIFIED FEMALE:  Ball.

12          CHERYL:  Your Baby Can Read, in my opinion, is

13  the best thing we could have done for Lydia.  Instead of

14  just sending her off somewhere and hoping somebody else

15  might teach her something, I'm ensuring that she's

16  learning.

17          CHAD MURDOCK:  We couldn't get to every place

18  in the world that Your Baby Can Read is having success,

19  so they sent in their stories.

20          ON SCREEN:  Map of the world

21          THE PHILIPPINES

22          ON SCREEN:  Joanna      HOME VIDEO

23          Adam's Mom

24          JOANNA:  Here in the Philippines two languages

25  is a must.

```
 1              ON SCREEN:  Adam at 26 months    HOME VIDEO

 2              JOANNA:  It's very, very unusual for a Filipino

 3     child to read and speak this early.

 4              UNIDENTIFIED FEMALE:  What is this?

 5              ADAM:  Arm.

 6              UNIDENTIFIED FEMALE:  Arm.  What is this?

 7              ADAM:  Dog.

 8              UNIDENTIFIED FEMALE:  Dog.

 9              JOANNA:  I just purchased the program and it

10     started with -- I started with Adam when he was four

11     months old.

12              TV:  There's a red bow.

13              ADAM:  There's a red bow.

14              TV:  Elbow.

15              ADAM:  Elbow.

16              TV:  Elbow.

17              ADAM:  Elbow.

18              JOANNA:  When he was a year something and he

19     was able to really communicate well already, he would

20     say, watch DVD, watch DVD.  He learned most of the things

21     that he knows now from Your Baby Can Read.

22              ADAM:  It's a big elephant.  A big elephant.

23              JOANNA:  I think Your Baby Can Read is a must

24     in your home.  You really have to have this product and

25     start using it with your babies.
```

1              ON SCREEN:  Map of the world

2              New York

3              UNIDENTIFIED FEMALE:  Lauren, what does that

4       say?  Good job.

5              On screen:  Cory & Krissy   HOME VIDEO

6              Lauren's Parents

7              KRISSY:  I saw the program when I was pregnant

8       and I said we had to have it, especially with all the

9       testimonials.  You see all the kids doing it.  You know

10      it can't be fake.

11             ON SCREEN:  Your Baby Can Read!

12             Since 3 months

13             HOME VIDEO

14             KRISSY:  So, I think at three months is when we

15      had started Your Baby Can Read, and she loved it.  And

16      then I think about the nine-month mark, she was starting

17      to pick up the words.

18             ON SCREEN:  Lauren at 10 months   HOME VIDEO

19             UNIDENTIFIED FEMALE:  Wave.

20             KRISSY:  We kind of looked at each other with

21      our jaws down like, did she just do that?  And we were

22      like -- you know, we're calling the grandmas, we're

23      calling the brothers.  We had to tell everybody.

24             ON SCREEN:  Lauren at 11 months   HOME VIDEO

25             UNIDENTIFIED FEMALE:  Kick.  Drum.

1         CORY:  It's definitely -- this is proof that

2    they do absorb everything they say at such a young age.

3         ON SCREEN:  Lauren at 15 months    HOME VIDEO

4         KRISSY:  She loves it, so why wouldn't I want

5    to spend time with her doing her favorite thing?

6         LAUREN:  Keys.  Cow.

7         CORY:  It's unknowing what she'll accomplish in

8    her life.

9         LAUREN:  Pig.

10        UNIDENTIFIED FEMALE:  What sound does a piggy

11   make?

12        LAUREN:  Oink, oink.

13        ON SCREEN:  Robert Titzer, Ph.D.

14        Creator of Your Baby Can Read

15        DR. ROBERT TITZER:  Imagine what the world is

16   going to be like if we have more of those kinds of babies

17   and toddlers in the future.  They just have a life in

18   front of them full of opportunities and to think that not

19   only my own children, but I have met many thousands of

20   children all over the world.  People are using Your Baby

21   Can Read and they love using this program because it is

22   changing their lives.

23        CHAD MURDOCK:  What amazes me about Dr. Titzer

24   is his true passion and desire for every child in the

25   world to be able to read.

1           What an honor it was to interview so many

2    families.  See how Your Baby Can Read has changed their

3    lives.

4           UNIDENTIFIED FEMALE:  Eighteen months, you

5    know, she's reading.

6           UNIDENTIFIED FEMALE:  There's books, there's

7    flip cards, there's flip pages.

8           UNIDENTIFIED FEMALE:  It's absolutely the one

9    thing every parent should have.

10          UNIDENTIFIED FEMALE:  I go show all my family

11   and they were like, wow, he's reading.

12          UNIDENTIFIED FEMALE:  The children picked it up

13   immediately and I was amazed.

14          UNIDENTIFIED FEMALE:  Start it now, you're

15   going to see results.

16          UNIDENTIFIED MALE:  I can't see how people

17   could see this commercial and not own this.  You have to

18   buy it.

19          CHAD MURDOCK:  You have this chance to do it

20   right now for your kids or have the chance to give it as

21   a gift.  These last two stories are really special and

22   you will see how Your Baby Can Read is changing lives

23   every day.

24          ON SCREEN:  Lautrice & Willie

25              Racquel's Parents

1              LAUTRICE:  Before she was born, conceived or

2      even thought of in our marriage, whatever was going to

3      happen, she was going to be educated.

4              WILLIE:  Lautrice had a great pregnancy, we had

5      no indication that anything was wrong, and then, all of a

6      sudden, she went into labor.

7              ON SCREEN:  Your Baby Can Read is not designed

8      as a course of treatment or teaching aid for children

9      with learning disabilities.

10             You should immediately consult a professional

11     if you suspect that your child may have a learning

12     disability.

13             WILLIE:  So, when she was born, she was two

14     pounds, 14 ounces.  They said that she had had some

15     episodes.  She had stopped breathing five times during

16     the night.  All we could hope for was that she'd survive.

17     And then that also inspired us to provide more so that

18     she would be all that she could be.

19             One day I was watching an interview with Dr.

20     Titzer.  I kind of looked at it skeptically.

21             ON SCREEN:  Evan   24 Months   HOME VIDEO

22             Your Baby Can Read

23             2008 Infomercial

24             WILLIE:  Then I saw a bunch of children reading

25     words.

1            ON SCREEN:  Andy   18 Months    HOME VIDEO

2            Your Baby Can Read

3            2008 Infomercial

4            WILLIE:  So, I said to myself, I'm going to

5    give this a shot.

6            ON SCREEN:  Jacob   18 Months    HOME VIDEO

7            Your Baby Can Read

8            2008 Infomercial

9            WILLIE:  It may work, it may not, but I'm going

10   to try everything I can to give my child everything I can

11   give her.

12           LAUTRICE:  As a reading specialist, I said,

13   developmentally, a child has to be ready to read, and at

14   one, they're not ready to read.  And then he put it on,

15   Raquel took to it like a fish takes to water.

16           ON SCREEN:  Racquel at 18 months   HOME VIDEO

17           UNIDENTIFIED MALE:  What does this say?

18           RACQUEL:  Rattle.

19           UNIDENTIFIED MALE:  Rattle.

20           WILLIE:  She was up to about 500 words the last

21   time I checked.  She's sitting there, either she knows

22   what some of the words mean or she wants to know.  We

23   can't go to a stop sign without hearing the word "stop."

24           UNIDENTIFIED MALE:  What does this say?

25           RACQUEL:  Monkey.

1           UNIDENTIFIED MALE:  Monkey.  What does this

2    say?

3           RACQUEL:  Kick.

4           WILLIE:  I know what it feels like to

5    almost lose her, so I will never take her for granted and

6    that -- you know, anything that she needs to have is

7    provided for.  Your Baby Can Read does what it was

8    advertised to do.

9           LAUTRICE:  She should have the ability to live

10   life and live life to the fullest and that's our jobs and

11   that's what we're going to do for her.

12          UNIDENTIFIED MALE:  What does this say?

13          RACQUEL:  Your baby can read.

14          ON SCREEN:  Sinda and Willie

15          Amelea's Parents

16          SINDA:  I'd go home crying, you know, when I

17   was smaller like in elementary and -- because kids would

18   make fun of me.

19          ON SCREEN:  Your Baby Can Read!

20          Since 6 months

21          Amelia at 20 months    HOME VIDEO

22          SINDA:  And I said, I don't want that for my

23   daughter.

24          WILLIE:  She just went up and bought it.  I

25   mean, just said, you know, this is going to help our

**Exhibit A-2**
**Page 38 of 51**

1    daughter, so I didn't care what it cost, you know.

2              SINDA:  Yeah, he came home from work and I

3    said, well, honey, I bought a thing that's going to make

4    Amelea read.

5              ON SCREEN  Amelia at 20 months   HOME VIDEO

6              SINDA:  Can you point to the word wave?  Good

7    job.

8              WILLIE:  Everybody thinks it's memory, you

9    know, she memorizes you saying that.  But then we'd mix

10   it up a little bit and then they were like --

11             SINDA:  And just write them, you know, just

12   random.

13             WILLIE:  -- you know, just write them anywhere

14   in random order, and they were like, man, she is pretty

15   smart.

16             UNIDENTIFIED MALE:  What's that one?

17             AMELEA:  Ball.

18             UNIDENTIFIED MALE:  Ball.

19             UNIDENTIFIED FEMALE:  Mm-hmm.

20             UNIDENTIFIED MALE:  What's that one?

21             AMELEA:  Tree.

22             UNIDENTIFIED MALE:  There we go.

23             WILLIE:  We're like a billboard for y'all.  I

24   mean, honestly, we're in the mall and people say, oh, how

25   did you do that?  You know, you need to try to get it for

1     your child.  If you love your grandbaby, get it.

2                  UNIDENTIFIED MALE:  Yeah, your ear.  I mean,

3     it's unbelievable.  You got to be plum lazy not to do it.

4                  UNIDENTIFIED FEMALE:  What's this one?

5                  AMELEA:  Monkey.

6                  UNIDENTIFIED FEMALE:  Yeah, monkey.  How about

7     this one?

8                  AMELEA:  Bee.

9                  UNIDENTIFIED FEMALE:  Bee.

10                 SINDA:  My dad didn't even graduate high school

11    and he can't read.  When my dad seen her read the

12    word for the first time, he said to her, I can't even

13    read that word.  He thinks that's the best thing that's

14    ever -- that was ever invented.

15                 UNIDENTIFIED FEMALE:  What's this one?

16                 AMELEA:  Butter.

17                 UNIDENTIFIED FEMALE:  Butter.  Ooh, that's

18    butter, it gets you.

19                 WILLIE:  Honestly, I don't think our baby would

20    have been that outgoing, you know, sharp, if it wasn't

21    for this, and that's the only reason why I'm here, you

22    know, to let them know that that's -- I think it's all

23    because of Your Baby Can Read.

24                 UNIDENTIFIED FEMALE:  Say bye-bye.

25                 AMELEA:  Bye-bye.

41

1              UNIDENTIFIED FEMALE:  Yeah.

2              CHAD MURDOCK:  What better way to start a

3     baby's education, giving them a love for learning and the

4     gift of reading for the rest of their life.  So much in

5     life is made up of words --

6              ON SCREEN:  This is a paid presentation for

7     Your Baby Can Read.

8              CHAD MURDOCK:  -- and when you give them the

9     gift of reading, you give them the key to the world

10    around them for life.

11             ON SCREEN:  World map

12             Over 1 Million

13             FEMALE ANNOUNCER:  Around the world, Your Baby

14    Can Read has reached over one million, touching lives by

15    helping babies learn to read and seeing is believing.

16             ON SCREEN:  Lauren at 11 months  HOME VIDEO

17             LAUREN:  Elbow.

18             ON SCREEN:  Cooper at 18 months  HOME VIDEO

19             UNIDENTIFIED FEMALE:  Good.

20             ON SCREEN:  Atia at 22 months  HOME VIDEO

21             ATIA:  Touch your ears.

22             ON SCREEN:  Lydia at 15 months  HOME VIDEO

23             LYDIA:  Baby.

24             FEMALE ANNOUNCER:  When a baby is born, its

25    brain craves stimulation and its development accelerates

1    at an incredible pace.

2              ON SCREEN:  Human Brain Development

3              Synapse Formation Dependent on Early

4    Experiences

5              Graph

6              FEMALE ANNOUNCER:  Studies have shown that

7    synaptic connections related to language acquisition

8    start before birth and peak around 11 months of age --

9              ON SCREEN:  Phenomenal brain development during

10   a child's first 5 years

11             Simulation

12             25%      75%          90%

13             Birth    2 Years      5 Years

14             FEMALE ANNOUNCER:  -- with nearly 90 percent of

15   this incredible window of growth complete in their first

16   five years.  Every parent can seize this small window of

17   opportunity and truly give their child an early start on

18   all learning.

19             ON SCREEN:  Awards for Your Baby Can Read!

20             FEMALE ANNOUNCER:  Your Baby Can Read is a

21   multiple award winner, a proven learning system which can

22   give your child --

23             ON SCREEN:  Racquel at 18 months   HOME VIDEO

24             FEMALE ANNOUNCER:  -- increased communication,

25   enhanced learning and overall confidence.

1              ON SCREEN:  Adam at 26 months  HOME VIDEO

2              ON SCREEN:  Aiden at 18 months  HOME VIDEO

3              FEMALE ANNOUNCER:  The infant and toddler years

4      are the best and easiest time to learn --

5              ON SCREEN:  Synapses in Infants and Toddlers

6              Tens of thousands of brain connections are

7      created every second!

8              FEMALE ANNOUNCER:  -- when the brain is

9      creating thousands of synapses or connections every

10     second.  This allows a child to learn both the written

11     word and spoken word.

12             TV:  Elephant.

13             ON SCREEN:  Simulation of child learning words

14             Clap

15             Visual Cortex

16             Auditory Cortex

17             Somatosensory Cortex

18             Motor Cortex

19             Speech

20             FEMALE ANNOUNCER:  At the same time.  This is

21     how easy it works.  Your child will see the word and, at

22     the same time, hear the word.

23             TV:  Clap.

24             FEMALE ANNOUNCER:  Then your child will see and

25     hear the meaning of the word through pictures or actions.

1    Your Baby Can Read is an easy-to-use system that works by

2    using a color code that starts with blue.

3              ON SCREEN:  DVD   Book   Sliding Cards

4              FEMALE ANNOUNCER:  One video, one book and one

5    set of sliding cards until your child is ready to move on

6    to the next color.

7              Stimulate your child's brain naturally and

8    easily with fun, interactive text, pictures --

9              ON SCREEN:  Adam at 26 months  HOME VIDEO

10             FEMALE ANNOUNCER:  -- songs and games.

11             ON SCREEN:  Kyan at 17 months  HOME VIDEO

12             FEMALE ANNOUNCER:  Your Baby Can Read can --

13             ON SCREEN:  Dane at 2 2/1 years  HOME VIDEO

14             FEMALE ANNOUNCER:  -- become the foundation --

15             ON SCREEN:  Mena at age 3  HOME VIDEO

16             FEMALE ANNOUNCER:  -- for all learning for --

17             ON SCREEN:  Jaden at 20 months  HOME VIDEO

18             FEMALE ANNOUNCER:  -- the rest of their

19    lives --

20             ON SCREEN:  Results based on mean scores of two

21    study groups.

22             Study sponsored by Your Baby Can Read on ages

23    10 to 23 months.

24             FEMALE ANNOUNCER:  -- and science proves it.

25             ON SCREEN:  Overall Language Results chart

```
1              Auditory Communication Results

2              Expressive Communication Results

3              Overall Cognitive Results

4              FEMALE ANNOUNCER:  In a scientific study with

5    two groups of 10 to 23-month-old babies, the Your Baby

6    Can Read group scored higher than the control group in

7    all areas of the tests, overall language, understanding

8    what they hear, expression using language and overall

9    cognitive ability.  This is proven.

10             Seize this small window of opportunity while

11   they're young.

12             ON SCREEN:  Lauren at 15 months   HOME VIDEO

13             FEMALE ANNOUNCER:  This is the only chance

14   you'll ever have to be their first teacher.

15             ON SCREEN:  30 DAY RISK FREE TRIAL

16             $14.95

17             PLUS S&H

18             Early Language Learning System

19             CALL OR LOG ON RIGHT NOW

20             FEMALE ANNOUNCER:  Call or go online right now

21   for a 30-day risk-free trial.  Try the complete Your Baby

22   Can Read Early Language Development System risk-free for

23   only $14.95.  And it's fully refundable.  You pay nothing

24   now except the trial amount.  That's right, get it all.

25             ON SCREEN:  30 DAY RISK FREE TRIAL
```

```
 1              $14.95

 2              PLUS 'S&H

 3              Get Everything You Need To Help Your Child

 4              Succeed

 5              Early Language Learning System

 6              FEMALE ANNOUNCER:  And for the first time, you

 7     get everything you need for your child to succeed.

 8              ON SCREEN:  30 DAY RISK FREE TRIAL

 9              $14.95

10              PLUS S&H

11              Start Off With The Parent Pack:

12              Parents' Guide + Early Learning Workshop

13              FEMALE ANNOUNCER:  To begin your program, you

14     get the baby's first teacher package that includes the

15     Your Baby Can Read Success Guide with easy, step-by-step

16     instructions, Dr. Titzer's DVD where he shares with you

17     the secrets of how this easy program has helped hundreds

18     of thousands around the world.

19              ON SCREEN:  30 DAY RISK FREE TRIAL

20              $14.95

21              PLUS S&H

22              Start Off With The Parent Pack:

23              166 Teaching Words & 15 Games

24              FEMALE ANNOUNCER:  We also include 166

25     interactive words with 15 fun games to share and enjoy
```

1    with your child.

2             ON SCREEN:  30 DAY RISK FREE TRIAL

3             $14.95

4             PLUS S&H

5             Be Your Baby's First Teacher

6             Karli

7             KARLI:  You are your child's first teacher.

8    You are the one that loves your child unconditionally and

9    wants them to succeed.

10            ON SCREEN:  30 DAY RISK FREE TRIAL

11            $14.95

12            PLUS S&H

13            5 LEVELS OF LEARNING:

14            FEMALE ANNOUNCER:  You'll receive this

15   incredible five levels of learning set.  This proven read

16   and play program captures your child's attention using

17   interactive books, DVDs and sliding cards.

18            ON SCREEN:  30 DAY RISK FREE TRIAL

19            $14.95

20            PLUS S&H

21            The Complete Five Level Learning System

22            FEMALE ANNOUNCER:  And before you know it, your

23   baby can read.

24            ON SCREEN:  30 DAY RISK FREE TRIAL

25            $14.95

1          PLUS S&H

2          30 Day Money Back Guarantee

3          FEMALE ANNOUNCER:  That's right.  If you do not

4   see success in 30 days, just send it back for a complete

5   refund, no questions asked.

6          ON SCREEN:  30 DAY RISK FREE TRIAL

7          $14.95

8          PLUS S&H

9          SPECIAL BONUS!!

10         FREE Gift With Purchase

11         Your Child Can Read!

12         FEMALE ANNOUNCER:  As a free gift with your

13  purchase today, you'll also get a special bonus.  It's

14  our incredible companion DVD series, Your Child Can Read,

15  that will help unlock the next level of your child's

16  reading potential.

17         ON SCREEN:  30 DAY RISK FREE TRIAL

18         $14.95

19         PLUS S&H

20         EXCLUSIVE OFFER!

21         Not Available In Any Store

22         FEMALE ANNOUNCER:  This exclusive offer is not

23  available in any store.  The DVDs from Your Child Can

24  Read give you hundreds and hundreds of new words as it

25  teaches phonics, comprehension and reading speed --

```
1            ON SCREEN:  30 DAY RISK FREE TRIAL

2            $14.95

3            PLUS S&H

4            EXCLUSIVE OFFER!!

5            FREE Gift With Purchase

6            FEMALE ANNOUNCER:  -- and it's yours to keep

7    absolutely free with your purchase.

8            But that's not all.  With this exclusive

9    television offer, call or go online right now and your

10   shipping and handling is free.

11           ON SCREEN:  30 DAY RISK FREE TRIAL

12           $14.95

13           PLUS S&H

14           FREE Shipping & Handling

15           Call Now Risk Free Trial

16           FEMALE ANNOUNCER:  Order this 30-day risk-free

17   trial.

18           ON SCREEN:  30 DAY RISK FREE TRIAL

19           $14.95

20           PLUS S&H

21           FREE Shipping & Handling

22           SATISFACTION GUARANTEED

23           FEMALE ANNOUNCER:  Your satisfaction is 100

24   percent guaranteed.  You can give your child the ultimate

25   gift, a real head start in life.  Order Your Baby Can
```

50

1      Read now.

2              ON SCREEN:   The preceeding has been a paid

3      presentation for Your Baby Can Read

4              MALE ANNOUNCER:   The preceding has been a paid

5      presentation for Your Baby Can Read.

6              (The recording was concluded.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: 1123045

4     CASE TITLE: YOUR BABY CAN READ!

5     TAPING DATE:   DATE UNKNOWN

6     TRANSCRIPTION DATE:   DECEMBER 13, 2011

7

8        I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                    DATED:  DECEMBER 13, 2011

14

15

16                    ELIZABETH M. FARRELL

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20        I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24

25                    WANDA J. RAVER

Exhibit B – Audio File [YBCFTC00000733]

**[Audio file provided on attached media disc]**

Exhibit C – Audio File [YBCFTC00000734]

**[Audio file provided on attached media disc]**

**Exhibit C**
**Page 1 of 1**



## Imagine...

# Your toddler reading YOU a story!

***Your Baby Can Read!®*** is the early reading program for children 6 months to 5 years

And best of all it's FUN! The natural window of opportunity to learn written language is at the same time children learn to speak. Imagine your child reading before the age of five, prior to entering school!

***Get started today, here's how...***

Try the program in your home for a month. If you're not 100% satisfied, simply return it for a full refund - no questions asked! Don't wait any longer, get your child started now!



Your Baby Can Read!® was Developed by Dr. Robert Titzer, Ph.D. A recognized expert in infant research

See it to believe it! LOG ON NOW!



## Try it for 30 Days, RISK FREE!
It's only $14.95 to start + FREE Shipping
CALL NOW to get 3 BONUS GIFTS with your trial order!

## www.YourSmartReader.com
## Call 1-800-492-6196 to order!

©2009 Your Baby Can, LLC

YBCFTC00000776



**Smart Kids®**

Robert Titzer, Ph.D.

**Your Baby Can Read!**

Early Language Development System

ear

**Learn to Read**

Word Cards

point

Volume 1

chimpanzee

tongue

Daddy

giraffe

Page 1 of 2

Exhibit E

**Smart Kids®**

Robert Titzer, Ph.D.

**Your Baby Can Read!**

Early Language Development System

Volume 1

*Volume 1 includes over 50 new and familiar key words.*

For ages 3 months to 5 years.

# Your Baby Can Read!®

### Robert Titzer, Ph.D.

**Early Language Development System**

## Volume 1
### DVD & Card Set

**INCLUDES:**
- 1 Interactive DVD
- 5 Double-sided sliding word and picture cards
- 1 Wipe-clean word card and non-toxic pen

**Start your child NOW!**

### *Your Baby Can Read!*® Volume 1 DVD:

- Dr. Titzer's next step following the Starter DVD in your child's early language development.
- This revolutionary early reading program encourages infants and toddlers to learn the written word NATURALLY as they are learning the spoken word.
- The most natural window for language development is 3 months to 5 years.
- Studies indicate that early readers are more confident, have higher self-esteem, and generally do better in school and in life!

### Learn to Read Word Cards

- These sliding word and picture cards are designed as a companion set for the *Your Baby Can Read!* Volume 1 DVD. The pictures help demonstrate to your child the concept that objects have names.
- The wipe-clean word card and pen give you unlimited new words at your fingertips!

 

ISBN-10: 1-59125-749-2
ISBN-13: 978-1-59125-749-3
U.S. $16.95 / CAN. $19.95

For ages 3 months to 5 years

The Starter DVD introduces children to the wonderful world of reading with 22 key words. Have your child watch it for the first month, once or twice a day.

Volume 1 reviews the Starter DVD words and introduces approximately 30 new key words to help build vocabulary. Have your child view Volume 1 for two months.

Volume 2 introduces approximately 50 new key words. After three months your child will be ready for Volume 2. View this DVD for two months, occasionally alternating with Volume 1 and the Starter DVD.

Volume 3 introduces about 50 new key words, and combines new and familiar words into short phrases. After five months, your child will be ready for Volume 3. Have your child watch this DVD for one month.

The Review DVD covers over 160 key words from the previous DVDs in a new context. By the seventh month your child should be ready for the Review DVD. Alternate between all five DVDs from here on out — your child will enjoy reviewing this program for years to come!



**I can read!**

Now is the time to give your child the gift of reading!



Blake 14 months • Ridley 19 months • Aubrey 3 years • Drake 4 years

**Page 2 of 2**

**Exhibit E**



Robert Titzer, Ph.D.    YBCFTC00000779    

  

**Early Language Development System**





# You are your child's first teacher!



**Step 1** Gives your child a strong foundation for reading. By learning his or her first words, your child can progress through the other steps with the understanding that words have meanings.

**Color-Coded Reading Step System**



dog

arms up   Mommy

**Step 2**

Builds upon what your child has previously seen in Step 1 to enhance their learning.



**Step 3**

Has your child learning to read over 100 words, better preparing your child for future success.



chimpanzee

tongue   Daddy

drum

teeth   baby

nose


⚠ **WARNING**
Not suitable for children under 36 months due to small parts which may present a choking hazard

**3 Interactive Videos**

🎓 your child will see and hear the words, along with the meaning of the words

🎓 teaches your child about objects, action words, and body parts

🎓 entertains your child using fun sing-along songs and poems

www.StartYourBabyReading.com

Read!



**15 Interactive Cards**

🎓 allows your child to associate the word with a picture of the word

🎓 includes 3 erasable word cards and 1 non-toxic pen





**3 Interactive Books**

🎓 familiar words are introduced in a new context to help expand their meaning

**Exhibit F**
**Page 2 of 5**









YOUR **Baby** can

# Read!

Early Language Development System

AS SEEN ON **TV**

I can read!

## Simple and Easy
## Early Reading System

*BUILDS*  • Self–Esteem
          • Comprehension
          • Phonics Awareness

Developing Child



Robert Titzer, Ph.D.

# Your Baby Can Read!®



Early Language Development System

The **Your Baby Can Read® Learning System** delivers the tools that will make an incredible difference in your child's life! This easy-to-use DVD and word card set teaches your child whole language and phonics using a combination of sound, sight, and interaction. This multi-sensory technique helps a child grasp word recognition – leading to early reading success!



**5 DVD Set**
+
5 Double-sided sliding word and picture cards
1 Wipe-clean word card and non-toxic pen

🎓 A national panel on reading and early education suggests combining both phonics and a whole language approach to reading — the fundamental aspect of the **Your Baby Can Read Learning System!**

🎓 The videos don't take time away from your child's other activities — it's fun and your child needs only to view them once or twice a day!

{ *"A national panel of reading specialists and educators determined that most of the nation's reading problems could be eliminated if we start teaching reading earlier."* }

www.TeachYourBaby.com   |   Toll free: 1-877-881-READ

**Exhibit G
Page 2 of 5**





Robert Titzer, Ph.D.

**Your Baby Can Read!**

Early Language Development System

Dr. Titzer's interactive and multi-sensory learning method teaches written language at the same time as the child's speech develops.

*Your Baby Can Read!* ®
has been featured on:
*Good Morning America,*
*CBS This Morning,*
CNN, MSNBC,
and many more.

Using songs, poems, animals and children, this system's multi-sensory and interactive approach makes reading fun for everyone!

Studies indicate that early readers are more confident, have higher self-esteem, and generally do better in school and in life!

Our stimulating program is a true learning system, while many television programs are passive, entertainment experiences.

For ages 3 months to 5 years

**Exhibit G
Page 4 of 5**



Exhibit G
Page 5 of 5







Exhibit H
Page 3 of 4



Exhibit H
Page 4 of 4



**[Video provided on attached media disc]**

**Exhibit I**
**Page 1 of 1**



**[Video provided on attached media disc]**